Complaint

In June 2017 these facility had a outbreak of the scabies. Due to the women coming into this facility without proper screening or sanatized, i became infected with the scabies due to this issue. The Pain was unbarable due to staying up all nite itching. This facility also allows there officers to respond to Emergencies to the women then come back to our unit. The women are housed in same building and are allowed to wash there clothes with ours without using bleach. Core civic inc locked us down for 3 day's that depribed me of calling my family to tell theme what's going on. We was not allowed to take a shower for 3 day's while we was on lockdown. Staff members brought Papers and made us sighn theme or we would be taken to the hole and loss of goodtime. 4 days later the brought 6 Pills for me to take they did not tell me what they were i was itching so bad i had to try something Ever since this i still ich and core civic inc, and medical refuse to treat me i filled sick call no answer ive told officers Every one no one will help me do to other lawsuits that were filed.

This is a case of screening policies Prisoner seeking Care Hutto vs Finney 437 us, 678 (1978). This facility does not Go by Policies. The iching has caused blood to come out from scratching and i have scars. These facility dileberlty indifference by noins the women had to be screen before Entering the facilty where TDoc inmates are the women come straight from the street where me and other inmates and corecivic inc staff members are at core civic inc has put Every inmate and myself and staff health at risk Just to make money. I'm asking for relief from corecivic inc Etal for #750,000 for the Pain Suffering, mental, Emotional Physical abuse Punity Damages Also.

5115 harding Pl
Nash TN, 37211
OCA: 546396

Respectfully
Print Mitchell Ross
sighn Mitchell Ross
Date 8-6-17

Michael Ross 548596
5115 Harding Place
Nashville, TN 37211

NASHVILLE TN 370
NON-CENSORED MAIL
CORE CIVIC INMATE

RECEIVED
IN CLERKS OFFICE
AUG 10 2017
U.S. DISTRICT COURT
MID. DIST. TENN.

Legal Mail

U.S. District Court Clerk
U.S. Courthouse Suite 800
Nash TN, 37203